**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Wesley Stuart LEATHERS,<br><br>    Plaintiff,<br><br>v.<br><br>AIRPARK COLLISION CENTER, LLC, an Arizona limited liability company; Gerald S. SMALL and Tina SMALL, husband and wife; and Robert STRINGER and Tracy STRINGER, husband and wife,<br><br>    Defendants. | Case No. CV-12-399-PHX-ECV<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Pursuant to Plaintiff's Notice of Receipt of Funds filed July 24, 2012 and the Order dated June 25, 2012,

IT IS HEREBY ORDERED that this action be DISMISSED WITH PREJUDICE, each party to bear its own fees and costs except as otherwise outlined in the Settlement Agreement. Therefore, the Clerk may proceed with dismissal of the case with prejudice, as directed in the Order referenced above.

DATED this 25th day of July, 2012.

_____
Edward C. Voss
United States Magistrate Judge